1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E Mail: c.fry@att.net

5  Attorney for MARGARET FROST,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                          )<br>          Plaintiff,     )<br>                          )<br>     v.                   )<br>                          )<br>MARGARET FROST and        )<br>JOHN FROST, SR.,          )<br>                          )<br>          Defendants.    )<br> | No. CR.S-12-0055-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for March 16, 2012, shall be continued to April 20, 2012, at 9:00 a.m.

   The defendants are presently being evaluated by Pretrial Services for pretrial diversion. This process is expected to be completed by the second week of April and the parties contemplate resolution of this matter at the next status conference.   Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through April 20, 2012,   to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

-1-

///

Dated: March 14, 2012                    /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
MARGARET FROST, Defendant

Dated: March 14, 2012                    /s/ Candace A. Fry for
CHRISTOPHER R. COSCA, Attorney for
JOHN FROST, SR., Defendant

Dated: March 14, 2012                    BENJAMIN B. WAGNER
United States Attorney

By      /s/ Candace A. Fry for
MICHELLE A. PRINCE,
Assistant United States Attorney

(Signed for Ms. Prince & Mr. Cosca with their prior authorization)

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the March 16, 2012, status conference be continued to April 20, 2012, at 9:00 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the April 20, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  March 14, 2012

GARLAND E. BURRELL, JR.
United States District Judge