CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for MARGARET FROST,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET FROST and<br>JOHN FROST, SR.,<br><br>　　　　　　Defendants. | No. CR.S-12-0055-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

　　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for April 27, 2012, shall be continued to May 18, 2012, at 9:00 a.m.

　　　On April 24, 2012, the Government filed a Related Case Memorandum as concerns this case and U.S. v. Robert Frost, Jr., No. CR.S-11-502-LKK. The parties expect to finalize a pretrial diversion agreement at time of first appearance before Judge Karlton, but agree to keep this matter set before Judge Burrell as a "control" date.   Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through April 20, 2012,   to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local

-1-

Code T-4.

///

Dated: April 26, 2012        /s/ Candace A. Fry
                             CANDACE A. FRY, Attorney for
                             MARGARET FROST, Defendant

Dated: April 26, 2012        /s/ Candace A. Fry for
                             CHRISTOPHER R. COSCA, Attorney for
                             JOHN FROST, SR., Defendant

Dated: April 26, 2012        BENJAMIN B. WAGNER
                             United States Attorney

                        By   /s/ Candace A. Fry for
                             MICHELLE A. PRINCE,
                             Assistant United States Attorney

                             (Signed for Ms. Prince & Mr. Cosca with
                             their prior authorization)

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the April 27, 2012, status conference be continued to May 18, 2012, at 9:00 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the May 18, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-