```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2758
    Attorneys for Plaintiff
 5  United States of America
```



FILED
JUN 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-12-055 LKK |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| MARGARET FROST AND JOHN FROST SR., | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Michelle A. Prince, and defendants Margaret Frost and John Frost Sr., by and through their counsel of record, Candace Fry and Chris Cosca hereby stipulate as follows:

1.  Margaret Frost and John Frost Sr. are charged by way of information for this matter.

2.  The parties have entered into a deferred prosecution agreement or diversion agreement, a copy of which has been presented to the Court.

3. Under the terms of the agreement, prosecution shall be deferred for a period of eighteen months pursuant to certain enumerated terms and conditions. If the defendants abide by all the terms and conditions of the agreement, the government has agreed to dismiss the pending charges at the end of the eighteen-month period.

4. The parties request that this matter be set for status on or about January 14, 2014, shortly after the expiration of that eighteen-month period.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date the Court signs this stipulation and order through January 14, 2014, inclusive, is deemed excludable as to these defendants pursuant to 18 U.S.C. § 3161(h)(2), because it represents a period of delay during which prosecution is deferred by the attorney for the government pursuant to a written agreement with the defendants with the approval of the Court, for the purpose of allowing the defendants to demonstrate good conduct.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

7. Defense counsel represents that they have discussed this stipulation in full with the defendants, that the defendants desire to enter into the described deferred prosecution agreement, that the defendants understand their rights under the Speedy Trial Act, and that the defendants agree that the noted period of time can be excluded under the Speedy Trial Act.

IT IS SO STIPULATED.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: June 25, 2012   By:   /s/ Michelle A. Prince
                            MICHELLE A. PRINCE
                            Assistant U.S. Attorney

DATE: 6/26/12
                            CANDACE FRY
                            Attorney for Defendant

DATE: 6-26-12
                            MARGARET FROST
                            Defendant

DATE: 6/26/12
                            CHRIS COSCA
                            Counsel for Defendant

DATE: 6-26-12
                            JOHN FROST SR.
                            Defendant

O R D E R

IT IS SO FOUND AND ORDERED this 26 day of June, 2012.

LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE