BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-055 LKK |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. | |
| MARGARET FROST, AND JOHN FROST, SR., | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned counsel, hereby moves to dismiss the Information in this case and to vacate the status conference currently set for January 14, 2014.

On February 13, 2012, the United States filed an Information charging the defendants with one count of Obstruction of Justice in violation of 18 U.S.C. § 1512(c)(1). On June 26, 2012, the parties entered into an eighteen-month pretrial diversion agreement. Pursuant to that agreement, the United States agreed to defer prosecution of the defendants and dismiss the Information if the defendants complied with the conditions set forth in the agreement.

On January 2, 2014, the United States received a letter from the Pretrial Services Officer assigned to the defendants' case. The officer recommended successful termination of pretrial diversion based on defendants' compliance with the terms of the diversion agreement. Accordingly, the United States moves to dismiss the Information, and requests that the Court vacate the status conference

1 | presently set for January 14, 2014.

2 | Dated:  January 2, 2014
BENJAMIN B. WAGNER
United States Attorney

By:  /s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

### ORDER

Based on the motion of the government, and good cause appearing therefrom, the Information in the above-captioned matter is hereby DISMISSED.  The status conference presently set for January 14, 2014 is VACATED.

SO ORDERED.

Dated:  January 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT